**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| NORMAN HARVEY, | : No. 61 EM 2017 |
| Petitioner | : |
| v. | : |
| PHILADELPHIA COMMON PLEAS JUDGE CHARLES J. CUNNINGHAM III, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2017, the Petition for Writ of Mandamus is **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (observing that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward this filing to counsel of record and to strike the name of the jurist from the caption.